**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, LLC d/b/a USA TODAY 7950 Jones Branch Drive McLean, Virginia 22102<br><br>and<br><br>BRAD HEATH Gannett Satellite Information Network, LLC d/b/a USA TODAY 7950 Jones Branch Drive McLean, Virginia, 22102<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE 950 Pennsylvania Avenue, NW Washington, D.C. 20530-0001<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>Civil Action No. 17-1175 |

\* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT**

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, seeking production of records responsive to a request submitted by the plaintiffs Gannett Satellite Information Network LLC d/b/a USA TODAY and Brad Heath to the defendant Department of Justice (as well as its subordinate entity).

**JURISDICTION**

1. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

## VENUE

2. Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## PARTIES

3. Plaintiff Gannett Satellite Information Network LLC d/b/a USA TODAY ("USA TODAY") is the nation's largest-selling daily newspaper and its website, USATODAY.com, is one of the top newspaper sites on the internet. USA TODAY is a representative of the news media.

4. Plaintiff Brad Heath ("Heath") is an Investigative Reporter for USA TODAY, writing primarily about law and criminal justice, and is a representative of the news media.

5. Defendant Department of Justice ("DOJ") is an agency within the meaning of 5 U.S.C. § 552 (e), and is in possession and/or control of the records requested by the plaintiffs that are the subject of this action. DOJ controls – and consequently serves as the proper party defendant for litigation purposes for – the Federal Bureau of Investigation ("FBI").

## FACTUAL BACKGROUND

6. This lawsuit is brought under the Freedom of Information Act ("FOIA") and seeks the production of all records memorializing conversations former FBI Director James Comey ("Director Comey") had with President Donald J. Trump ("President Trump"). This FOIA action will ultimately represent the combined efforts of The James Madison Project, a non-partisan transparency organization, and three different representatives of the news media – USA TODAY/Heath, Garrett Graff, a distinguished magazine journalist, and Lachlan Markay, a White House reporter for The Daily Beast.

7. On May 9, 2017, Director Comey was informed that, by order of President Trump, he had been terminated and removed from office, effective immediately. *http://edition.cnn.com/2017/05/09/politics/james-comey-fbi-trump-white-out/index.html* (last accessed May 9, 2017). Later media reports – as well as President Trump's letter terminating Director Comey – indicated that President Trump had discussed with Director Comey the possibility of a pending investigation into the President himself on at least three occasions. *https://apps.washingtonpost.com/g/documents/politics/fbi-director-james-b-comeys-termination -letters-from-the-white-house-attorney-general/2430/* (last accessed May 12, 2017); *http://www.nbcnews.com/news/us-news/trump-reveals-he-asked-comey-whether-he-was-under-investigation -n757821* (last accessed May 12, 2017).

8. On May 11, 2017, it was reported that President Trump held a private dinner with Director Comey on January 27, 2017. During that private dinner, President Trump allegedly asked for a pledge of loyalty from Director Comey. Director Comey declined, but indicated that he would always be honest with President Trump. *https://www.nytimes.com/2017/05/11/us/politics/trump-comey-firing.html?_r=0* (last accessed June 13, 2017).

9. On May 16, 2017, media reports revealed that Director Comey had drafted an internal memorandum for his own records after a February 14, 2017, meeting with President Trump. That memorandum allegedly memorialized a conversation in which President Trump asked Director Comey to "shut down" the pending FBI investigation into former National Security Advisor Michael Flynn ("Mr. Flynn"). *https://www.nytimes.com/2017/05/16/us/politics/james-comey-trump-flynn-russia-investigation.html?hp&action=click&pgtype=Homepage&clickSource =story-heading&module=span-ab-top-region&region=top-news&WT.nav=top-news&_r=0* (last accessed May 16, 2017); *https://www.washingtonpost.com/world/national-security/notes-*

*made-by-former-fbi-director-comey-say-trump-pressured-him-to-end-flynn-probe/2017/05/16/52351a38-3a80-11e7-9e48-c4f199710b69_story.html?hpid=hp_rhp-banner-main_comey-615pm%3Ahomepage%2Fstory&utm_term=.46300b9cd04b* (last accessed May 16, 2017).

10. Asked to respond to the media reports, President Trump denied that he had urged Director Comey to drop the investigation into Mr. Flynn. *http://www.foxnews.com/politics/2017/05/18/trump-denies-comey-allegations-collusion-with-russia.html* (last accessed June 13, 2017). President Trump also denied that he had asked Director Comey to pledge his loyalty. *http://www.dailymail.co.uk/news/article-4503816/Trump-DENIES-asking-Comey-loyalty-pledge.html* (last accessed June 13, 2017).

11. On June 8, 2017, Director Comey testified under oath in open session before the Senate Select Committee on Intelligence ("SSCI"). In his Statement for the Record, released to the public on June 7, 2017, Director Comey outlined how he had drafted contemporaneous memoranda after various meetings and discussions with President Trump. Director Comey identified two additional conversations with President Trump regarding which Director Comey had concerns, specifically phone conversations with President Trump on March 30, 2017, and April 11, 2017.  *https://www.intelligence.senate.gov/sites/default/files/documents/os-jcomey-060817.pdf* (last accessed June 13, 2017).

12. During his testimony, Director Comey confirmed the existence of several memoranda and emails, and explained that he felt the need to contemporaneously document his conversations with President Trump due to a concern that the President might later lie about the substance of the conversations. He testified extensively as to both the contents of those records and the details of his conversations with President Trump. Director Comey also confirmed that President Trump had asked for his loyalty during the January 27, 2017, dinner. He further

outlined the basis for his belief that President Trump's comments in the February 14, 2017, Oval Office meeting were meant to be taken as an order to drop the investigation into Mr. Flynn. Finally, Director Comey also confirmed that he had in fact informed President Trump that, at the time of their meetings, the FBI was not personally investigating the President. Director Comey testified that the majority of the records he made memorializing his conversations with President Trump were unclassified. *https://www.usatoday.com/story/news/politics /2017/06/08/key-takeaways-james-comey-testimony/102625928/* (last accessed June 13, 2017).

## COUNT ONE (FBI)

13. The plaintiffs, USA TODAY and Heath (jointly referred to as "USA TODAY"), repeat and reallege paragraphs 7 through 12 above, inclusive.

14. By letter dated May 12, 2017, USA TODAY submitted to the FBI a FOIA request.

15. The FOIA request specifically sought copies of "any reports, letters, memoranda, electronic mail messages, FD-302s or other records memorializing conversations between former Director Comey and President Trump."

16. USA TODAY explained that it was seeking expedited processing of the request, as well as designation as a representative of the news media.

17. By letters dated May 23, 2017, and May 24, 2017, respectively, the FBI acknowledged receipt and designated the request as FOIPA Request No. 1374159-000. The letters indicated that the FBI was granting expedited processing and that it had designated USA TODAY as a representative of the news media.

18. To date, no substantive response has been received by USA TODAY from the FBI. USA TODAY has constructively exhausted all required administrative remedies.

19. USA TODAY a legal right under the FOIA to obtain the information it seeks, and there is no legal basis for the denial by the FBI of said right.

WHEREFORE, plaintiffs Gannett Satellite Information Network LLC d/b/a USA TODAY and Brad Heath pray that this Court:

(1) Orders the defendant federal agency to disclose the requested records in their entirety and make copies promptly available to the plaintiffs;

(2) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552 (a)(4)(E) and/or 28 U.S.C. § 2412 (d);

(3) expedite this action in every way pursuant to 28 U.S.C. § 1657 (a); and

(4) grant such other relief as the Court may deem just and proper.

Date:   June 15, 2017

                                      Respectfully submitted,

                                      /s/
                                  _____
                                  Bradley P. Moss, Esq.
                                  D.C. Bar #975905
                                  Mark S. Zaid, Esq.
                                  D.C. Bar #440532
                                  Mark S. Zaid, P.C.
                                  1250 Connecticut Avenue, N.W.
                                  Suite 200
                                  Washington, D.C. 20036
                                  (202) 454-2809
                                  (202) 330-5610 fax
                                  Brad@MarkZaid.com
                                  Mark@MarkZaid.com

                                  Attorneys for Plaintiffs